| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for HomeBridge Financial Services, Inc. | |
| In Re:<br>Jeanmarie Malanga, aka Jean Marie Malanga<br><br>                                    Debtor | Case No: <u>17-27113 KCF</u><br><br>Chapter: <u>13</u><br><br>Judge: KATHRYN C. FERGUSON |

## NOTICE OF APPEARANCE

    Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of HomeBridge Financial Services, Inc.  . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

509 Park Avenue Union Beach, NJ 07735

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:08/31/2017

                                                         **/s/ Denise Carlon, Esquire**
                                                         Denise Carlon, Esquire
                                                         Brian C. Nicholas, Esquire
                                                         **KML Law Group, P.C.**
                                                         216 Haddon Avenue, Ste. 406
                                                         Westmont, NJ 08108
                                                         (609) 250-0700 (NJ)
                                                         (215) 627-1322 (PA)
                                                         FAX: (609) 385-2214
                                                         Attorney for Movant/Applicant

*new 8/1/15*