| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-27113 / KCF**

Jeanmarie Malanga
509 Park Avenue
Union Beach  NJ    07735

Petition Filed Date: 08/23/2017
341 Hearing Date: 09/21/2017
Confirmation Date: 04/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2018 | $355.00 | 59312930050 | 01/08/2018 | $500.00 | 59312929830 | 01/26/2018 | $355.00 | 59312930842 |
| 01/26/2018 | $500.00 | 59340112106 | 03/06/2018 | $500.00 | 59340113173 | 03/06/2018 | $355.00 | 59340113184 |
| 04/04/2018 | $500.00 | 59340114141 | 04/04/2018 | $355.00 | 59340114152 | 05/07/2018 | $405.00 | 59340114944 |
| 05/07/2018 | $450.00 | 59340114780 | 05/30/2018 | $950.00 | 6760505569 | 07/03/2018 | $450.00 | 59340116583 |
| 07/03/2018 | $500.00 | 59340116572 | 08/06/2018 | $950.00 | 17801552439 | 09/11/2018 | $950.00 | 25078380063 |
| 10/10/2018 | $950.00 | 17830079252 | 11/14/2018 | $950.00 | 17855257765 | 12/11/2018 | $950.00 | 17862411702 |

**Total Receipts for the Period:  $10,925.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,235.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jeanmarie Malanga | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN C FEGGELER, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,023.22 | $0.00 | $1,023.22 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  MANDEE | Unsecured Creditors | $763.85 | $0.00 | $763.85 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $164.44 | $0.00 | $164.44 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE | Unsecured Creditors | $604.45 | $0.00 | $604.45 |
| 5 | NEW PENN FINANCIAL LLC<br>»»  P/509 PARK AVE/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $50,636.94 | $12,462.87 | $38,174.07 |

**Chapter 13 Case No. 17-27113 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,235.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $12,462.87 | Current Monthly Payment: | $950.00 |
| Paid to Trustee: | $1,005.13 | Arrearages: | $110.00 |
| Funds on Hand: | $1,767.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**