Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650  

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 17-27113 / MBK**

Jeanmarie Malanga  
509 Park Avenue  
Union Beach  NJ   07735  

Petition Filed Date: 08/23/2017  
341 Hearing Date: 09/21/2017  
Confirmation Date: 04/11/2018  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $950.00 | 17877250542 | 02/14/2019 | $950.00 | 25589617290 | 03/12/2019 | $950.00 | 17899941424 |
| 04/12/2019 | $950.00 | 17954896380 | 05/10/2019 | $950.00 | 208507506944 | 06/17/2019 | $450.00 | 17873681436 |
| 06/17/2019 | $500.00 | 17873681435 | 07/16/2019 | $950.00 | 17968277737 | 08/20/2019 | $950.00 | 17672655877 |
| 09/19/2019 | $450.00 | 17934054995 | 09/19/2019 | $500.00 | 17934054968 | 10/16/2019 | $850.00 | 19027784392 |
| 12/10/2019 | $500.00 | 17942806509 | 12/10/2019 | $450.00 | 17942806510 | 12/31/2019 | $950.00 | 19042852483 |

**Total Receipts for Period:  $11,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $26,535.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  | Jeanmarie Malanga | Debtor Refund | $0.00 | $0.00 | $0.00 |
|  | JOHN C FEGGELER, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,023.22 | $0.00 | $1,023.22 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  MANDEE | Unsecured Creditors | $763.85 | $0.00 | $763.85 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $164.44 | $0.00 | $164.44 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE | Unsecured Creditors | $604.45 | $0.00 | $604.45 |
| 5 | NEW PENN FINANCIAL LLC<br>»»  P/509 PARK AVE/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $50,636.94 | $23,987.62 | $26,649.32 |

**Chapter 13 Case No. 17-27113 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/7/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,535.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $23,987.62 | Current Monthly Payment: | $950.00 |
| Paid to Trustee: | $1,665.78 | Arrearages: | $1,160.00 |
| Funds on Hand: | $881.60 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**