| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Pincus Law Group, PLLC<br>nlabletta@pincuslaw.com<br>Nicole LaBletta, Esquire<br>2929 Arch Street<br>Suite 1700<br>Philadelphia, PA 19104<br>(484) 575-2201<br>ATTORNEYS FOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | |

Order Filed on April 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 17-27113 |
|---|---|---|
| | Judge: | MBK |
| Jeanmarie Malanga a/k/a Jean Marie Malanga<br>DEBTORS | Hearing Date(s): | 4/22/20 |
| | Chapter: | 13 |

Recommended Local Form      ☒ Followed      ☐ Modified

# ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: April 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| Applicant's Counsel: | Nicole LaBletta |
| Debtor's Counsel: | John C. Feggeler |
| Property Involved ("Collateral"): | 509 Park Avenue Union Beach, NJ 07735 |

Relief sought:     ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒   The Debtor is overdue for __1__ months, from __04/01/2020__ to __05/01/2020__.

    ☒   The Debtor is overdue for __1__ payments at $__1142.30__ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☐   Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $_____1142.30_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐   Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☒   Beginning on __05/01/2020__, regular monthly mortgage payments shall continue to be made in the amount of $__1142.30__.

    ☒   Beginning on __05/01/2020__, additional monthly cure payments shall be made in the amount of $__190.38__ for __6__ months.

2

    ☐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3.    Payments to the Secured Creditor shall be made to the following address(es):

    ☐    Immediate payment:    _____

    ☒    Regular monthly payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing

        P.O. Box 10826

        Greenville, SC 29603

    ☒    Monthly cure payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing

        P.O. Box 10826

        Greenville, SC 29603

4.    In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

        The fees and costs are payable:

        ☐ through the Chapter 13 plan.

        ☐ to the Secured Creditor within _____ days.

    ☒ Attorneys' fees are not awarded.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jeanmarie Malanga  
    Debtor

Case No. 17-27113-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 27, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.  
db          +Jeanmarie Malanga,    509 Park Avenue,    Union Beach, NJ 07735-3123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         John C. Feggeler    on behalf of Debtor Jeanmarie   Malanga feggelerlaw@verizon.net  
         Paul    Fanelli    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
          pfanelli@pincuslaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.  
          rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                        TOTAL: 6