LAW OFFICE OF JOHN C. FEGGELER, LLC
Attorney ID: 037961986
177 Main Street, P.O. Box 157
Matawan, NJ 07747
732-583-6700
Attorney for Debtor

**Order Filed on February 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

JEANMARIE MALANGA,

                Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13
Case No.: 17-27113-MBK

Hearing Date:  February 16, 2021 @ 9:00am

**ORDER**

ORDER VOLUNTARILY DISMISSING CASE

The relief set forth on the following page is hereby **ORDERED**

**DATED: February 17, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of John C. Feggeler, Jr., attorney for the debtor, Jeanmarie Malanga, and for good cause shown, it is

**ORDERED** as follows:

1. The debtor's Chapter 13 case be and the same is hereby dismissed.

2. This Order shall be served upon all interested parties within ten (10) days hereof.

United States Bankruptcy Court

District of New Jersey

In re:  
Jeanmarie Malanga  
    Debtor

Case No. 17-27113-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Feb 18, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeanmarie Malanga, 509 Park Avenue, Union Beach, NJ 07735-3123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John C. Feggeler | on behalf of Debtor Jeanmarie Malanga feggelerlaw@verizon.net |
| Paul Fanelli | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.fanelli@davisbucco.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3  User: admin  Page 2 of 2
Date Rcvd: Feb 18, 2021  Form ID: pdf903  Total Noticed: 1
TOTAL: 6