| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-27113 / MBK**

Jeanmarie Malanga

Petition Filed Date: 08/23/2017
341 Hearing Date: 09/21/2017
Confirmation Date: 04/11/2018

Case Status: **Dismissed After Confirmation on 2/17/2021**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $950.00 | 19065616864 | 02/26/2020 | $500.00 | 17812151649 | 02/26/2020 | $450.00 | 17812151650 |
| 03/27/2020 | $950.00 | 19086038029 | 04/27/2020 | $950.00 | 19097552126 | 05/18/2020 | $950.00 | 19104901003 |
| 06/22/2020 | $500.00 | 17812151739 | 06/22/2020 | $450.00 | 17812151740 | 07/21/2020 | $950.00 | 19134898817 |
| 08/25/2020 | $500.00 | 19143909029 | 08/25/2020 | $450.00 | 19143909030 | 12/08/2020 | $450.00 | 19170899819 |
| 12/08/2020 | $500.00 | 19170899818 | | | | | | |

**Total Receipts for the Period: $8,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,135.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jeanmarie Malanga | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN C FEGGELER, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,023.22 | $0.00 | $1,023.22 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  MANDEE | Unsecured Creditors | $763.85 | $0.00 | $763.85 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $164.44 | $0.00 | $164.44 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE | Unsecured Creditors | $604.45 | $0.00 | $604.45 |
| 5 | NEW PENN FINANCIAL LLC<br>»»  P/509 PARK AVE/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $50,636.94 | $31,772.87 | $18,864.07 |

**Chapter 13 Case No. 17-27113 / MBK**

| SUMMARY |
|---|
| **Your case was Dismissed After Confirmation on 02/17/2021.** |
| Summary of all receipts and disbursements from date filed through 2/24/2021: |
| Total Receipts:  $34,135.00 |
| Paid to Claims:  $31,772.87 |
| Paid to Trustee: $2,362.13 |
| Funds on Hand:  $0.00 |